Prob12A
(NCW Rev. 2/04)

FILED
STATESVILLE, N.C.

JAN 1 1 2007

U.S. DISTRICT COURT
W. DIST. OF NC

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

## Report on Offender Under Supervision

Name of Offender:   Christopher Ross Kennerly              Case Number: 5:96CR10-6-V

Name of Sentencing Judicial Officer: The Honorable Richard L. Voorhees

Date of Original Sentence: 6-24-97

Original Offense: Conspiracy to Possess with Intent to Distribute Quantities of Cocaine and Cocaine Base, a Schedule II Narcotic Controlled Substance and a Quantity of Marijuana, a Schedule I Non-Narcotic Controlled Substance, 21 U.S.C. § 846

Original Sentence: 121 months imprisonment, five years supervised release; Special Conditions: $100 assessment (paid), $2,000 fine (paid), Reimburse the U.S. Government for the cost of court appointed counsel on a schedule established by the U.S. Probation Office.

Type of Supervision: Supervised Release            Date Supervision Commenced: 6-21-06

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **NEW LAW VIOLATION (Date violation concluded: 7-18-06).** The defendant has violated the condition of supervision that states, "The defendant shall not commit another federal, state, or local crime," in that, on 10-31-06 Mr Kennerly was charged with the offenses of Conspire to Sell/Deliver Cocaine (06CR058800) and Sell Cocaine (06CR060185). The charges are pending in Iredell County at this time. |

U.S. Probation Officer Action: I will continue to monitor the status of the pending charges.

U.S. Probation Officer Recommendation: It is recommended that no action be taken until a disposition is entered on the pending matters.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by Gregg W. Henderson
Gregg W. Henderson
U.S. Probation Officer
704-883-1034

Date: 12-2-06

[ ✓ ] Concur with Recommendation
[   ] Submit a Request for Modifying the Condition or Term of Supervision
[   ] Submit a Request for Warrant or Summons
[   ] Other

1-10-07
Date                                Signature of Judicial Officer